**No. 47487.**—Protest 26182–K of Ciba & Co., Inc. (New York).

Opinion by OLIVER, P. J.   In accordance with stipulation of counsel 29 percent of Silvatol I, and 41 percent of Albatex POC pat., were held taxable at 3 cents per pound under section 701, Revenue Act of 1936, as claimed.